UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMBA CAPITAL VENTURES, INC. *et al.*,

                Plaintiffs,

-v-

DAVID FARRELL *et al.*,

                Defendants.

23-CV-2549 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, New York County, on March 27, 2023. Counsel for the plaintiff is directed to file an appearance with this Court no later than April 21, 2023.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by April 7, 2023.

    SO ORDERED.

Dated: March 31, 2023
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge