UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMBA CAPITAL VENTURES, INC. *et al.*,

                Plaintiffs,

-v-

DAVID FARRELL *et al.*,

                Defendants.

23-CV-2549 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    As ordered during the telephone conference held on January 8, 2024, the motion to stay this action is granted for the reasons set forth at ECF No. 14. The parties are directed to file a joint status letter on or before April 1, 2024.

    In addition, for the reasons set forth at ECF No. 15, the Court grants the requests (1) to amend the case caption to reflect the proper entity defendant as "Federal Deposit Insurance Corporation, in its capacity as Receiver for Signature Bank" in lieu of "Signature Bank," and (2) for a refund of the $425 filing fee paid upon removal of this action to this Court.

    The Clerk of Court is directed to:

1. Replace the defendant "Signature Bank" with the corrected defendant "Federal Deposit Insurance Corporation, in its capacity as Receiver for Signature Bank" on ECF;

2. Refund the $425 filing fee paid by Defendant FDIC as receiver for Signature Bank;

3. Close the motion at ECF No. 14; and

4. Mark this case as STAYED.

    SO ORDERED.

Dated: January 8, 2024
       New York, New York

                                                  J. PAUL OETKEN
                                                United States District Judge