UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMBA CAPITAL VENTURES, INC., *et al.*, <br>                              Plaintiffs, <br><br> -v- <br><br> DAVID FARRELL, *et al.*, <br>                              Defendants. | 23-CV-2549 (JPO) <br><br> ORDER |

J. PAUL OETKEN, District Judge:

      The Clerk of Court is directed to correct the caption of this case so that it reads "*AMBA Capital Ventures, Inc., et al. v. David Farrell, et al.*"

      SO ORDERED.

Dated: November 7, 2024
       New York, New York

                                                          _____
                                                                 J. PAUL OETKEN
                                                              United States District Judge