# Meyner and Landis LLP

Attorneys At Law

One Gateway Center

Suite 2500

Newark, New Jersey 07102

www.meyner.com

reply to:
Matthew P. Dolan
Direct Dial: (973) 602-3478
MDolan@meyner.com

New York:
100 Park Avenue, 16th Floor
New York, New York 10017
(516) 683-0171

December 15, 2025

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  12/15/25 |

**VIA EMAIL AND ECF**
Hon. Barbara Moses
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> **Re:**   **AMBA CAPITAL VENTURES, INC., et. al. v. DAVID FARRELL et. al.;**
> **Case No.: 1:23-cv-02549 – Request for Adjournment of Settlement**
> **Conference**

Dear Judge Moses:

We represent Federal Deposit Receiver Corporation ("**FDIC**") as receiver for Signature Bank ("**FDIC-R**") with respect to the above-referenced matter (the "**Matter**"). We are writing Your Honor to respectfully request an adjournment of the settlement conference scheduled before Your Honor on December 17, 2025 to the next date available before Your Honor sometime in mid-January or thereafter.

The basis for the request is that the mother of the FDIC representative and counsel assigned to this Matter who was scheduled to appear at the settlement conference (Arthur Anthony, Esq.) passed away over the weekend. Mr. Anthony is now presently with family in Texas and will not be able to attend the settlement conference as he had previously scheduled. As a result of the passing of Mr. Anthony's mother, we are respectfully requesting an adjournment of the settlement conference for approximately one month so that Mr. Anthony who is responsible for the Matter may attend.

Please note that we have obtained consent for this request from both counsel for the plaintiffs, Joshua Fingold, Esq. and co-defendant David Farrell who is appearing *pro se*.

**MEMO ENDORSED**

Respectfully submitted,

**MEYNER AND LANDIS LLP**

*/s/ Matthew P. Dolan*
Matthew P. Dolan

cc:    Joshua Fingold, Esq.
       David Farrell

Application GRANTED. The settlement conference currently scheduled for December 17, 2025 is ADJOURNED *sine die*. The parties are directed to confer and then contact this Court's Deputy with their availability.

SO ORDERED.

December 15, 2025

Barbara Moses, U.S.M.J.