UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMBA CAPITAL VENTURES, INC., et al.,

                    Plaintiffs,

        -against-

DAVID FARRELL, et al.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __02/03/26__

23-CV-02549 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The settlement conference in the above captioned matter having been rescheduled, and the parties having inquired whether additional pre-conference letters are necessary, it is hereby ORDERED that the parties shall (i) hold a further, good-faith settlement discussion *in real time* (*i.e.*, in person or by telephone or videoconference); and (ii) submit a joint confidential settlement update letter by email, no later than **February 9, 2026**, confirming that the required discussion took place and updating the Court as to the parties' most recent settlement positions.

Dated: New York, New York
        February 3, 2026                    **SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**